UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN CONNECTION, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOOT BARN, INC., a Delaware Corporation; KARMAN, INC., a Colorado Corporation; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. CV 18-3554 FMO(JCx)<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>[DISCOVERY MATTER] |

　　FOR GOOD CAUSE SHOWN, the Stipulated Protective Order filed by the parties (Dkt. No. 31) is GRANTED and shall be the Order of the Court.

　　IT IS SO ORDERED.

DATED:　November 26, 2018

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE